CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
Facsimile: (415) 436-6748
Shamira.dwarica@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XIANGJI LI, et al.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

CASE NO. 3:26-CV-08187 SK

**STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA; ORDER**

Pursuant to 28 U.S.C. § 1404(a), the parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to transfer this case to the United States District Court for the District of Arizona, Phoenix Division. The District of Arizona, Phoenix Division, is a district where this case might have been brought because Plaintiffs seeks adjudication of their Form I-130, Petition for Alien Relative, and Form I-485, Application for Adjustment of Status pending with the United States Citizenship and Immigration Services (USCIS) Phoenix Field Office. Plaintiffs' current address is in Tempe, Arizona, and all parties consent to transfer to the District of Arizona, Phoenix Division. Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the District of Arizona, Phoenix Division.

Dated: November 16, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 16, 2026

*/s/ Christina Sullivan Castro*
CHRISTINA SULLIVAN CASTRO
Hacking Immigration Law, LLC
Attorney for Plaintiffs

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**ORDER**

Pursuant to stipulation, this case HEREBY is TRANSFERRED to the United States District Court for the District of Arizona, Phoenix Division. Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the District of Arizona, Phoenix Division. The Clerk shall close this case.

**IT IS SO ORDERED.**

Date: November 16, 2026

HON. SALLIE KIM
United States Magistrate Judge